K. D. Shull
State Bar No. 24033067
James F. Adams
State Bar No. 00863450
PASSMAN & JONES, P.C.
1201 Elm Street, Suite 2500
Dallas, Texas 75270-2599
Telephone: (214) 742-2121
Facsimile: (214) 748-7949

ATTORNEYS FOR TRUSTEE

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| WESTERN NATURAL GAS, LLC, | § | CASE NO: 01-36710-SAF-7 |
| | § | |
| DEBTOR. | § | |

## TRUSTEE'S APPLICATION FOR AUTHORITY TO EMPLOY PROFESSIONALS

TO THE HONORABLE STEVEN A. FELSENTHAL, U.S. BANKRUPTCY JUDGE:

COMES NOW Scott M. Seidel, Trustee herein, and submits this his Application for Authority to Employ Professionals ("Application") and, in support thereof, respectfully represents as follows:

1.      On August 13, 2001, Debtor Western Natural Gas, LLC, filed with this Court its Voluntary Petition under Chapter 7 of the Bankruptcy Code and Scott M. Seidel was appointed Chapter 7 Trustee ("Trustee") in this case and continues to act in such capacity.

2.      The Trustee desires to employ Jack Lafield ("Lafield"), effective as of October 21, 2004, to perform professional services for the Trustee in this case and any related adversary proceedings.

3.      The services that Lafield is to render to the Trustee include assisting the Trustee with

the prosecution of any estate claims or causes of action that may exist for, among other things, preferential transfers, fraudulent transfers, negligence, breach of fiduciary duty, fraud, fraud in the inducement, and damages incurred by this Chapter 7 estate, including acting as a consulting and/or testifying expert witness in any adversary proceedings.

4.      To the best of the Trustee's knowledge, Lafield represents no interests adverse to this estate, any other entity in connection with this case, and is a "disinterested person" within the meaning of 11 U. S. C. §101 (14).  *See Affidavit of Jack Lafield, attached as Exhibit "A" and incorporated herein by reference.*

5.      The Trustee proposes to pay Lafield reasonable fees and expenses upon submission and Court approval of fee applications supported by statements to the Court, the United States Trustee, and any parties-in-interest in this case, setting forth in reasonable detail the description of services rendered, the time spent and by whom, and detail of expenses incurred.   Such fee applications may be submitted with such frequency as may be allowed pursuant to the Bankruptcy Code.  The hourly rate charged by Mr. Lafield is $250.00 per hour.

**WHEREFORE, PREMISES CONSIDERED**, Trustee prays that this Honorable Court authorize the employment of Jack Lafield as requested herein, and for such other and further relief as to which the Trustee may prove himself justly entitled.

Respectfully submitted,
PASSMAN & JONES, P.C.


By: *James F. Adams*
      James F. Adams
      State Bar No. 00863450
      K. D. Shull
      State Bar No. 24033067

1201 Elm Street, Suite 2500
Dallas, Texas 75270-2599
Telephone:  (214) 742-2121
Facsimile:  (214) 748-7949

ATTORNEYS FOR TRUSTEE


## CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of the foregoing has been provided via postage-paid, first-class U.S. Mail to the parties set forth on the attached service list on this the 21st day of October, 2004:

*James F. Adams*
James F. Adams

## CERTIFICATE OF SERVICE

Adams County School District No. 12
c/o Caplan and Earnest LLC
2595 Canyon Boulevard, Suite 400
Boulder, Colorado 80302-6737

Adams County School District No. 1
c/o Caplan and Earnest LLC
2595 Canyon Boulevard, Suite 400
Boulder, Colorado 80302-6737

Adams State College
208 Edgemont Boulevard
Alamosa, Colorado 81102

Albany County SD#1
Bus. Sec - POI:9990172
1948 Grand Avenue
Laramie, Wyoming 82070

AMC Cancer Research Center
1600 Pierce Street
Denver, Colorado 80214

ANG Holding, LLC
c/o Patrick J. Neligan, Jr.
Neligan, Tarpley
1700 Pacific, Suite 2600
Dallas, Texas 75201

Arapahoe County School
District No. 1
4101 South Bannock
Englewood, Colorado 80110

Arizona Department of Revenue
c/o Tracey Hinson
Bankruptcy/Litigation, 7th Floor
1600 West Monroe
Phoenix, Arizona 85007

Aurora Public Schools
c/o Caplan and Earnest LLC
2595 Canyon Boulevard, Suite 400
Boulder, Colorado 80302-6737

Lisa Perry Banen
1275 W. Washington Street
Phoenix, Arizona 85007-1298

Bayerische Hypo-und Vereinsbank
Bergman, Stein & Bird, L.L.P.
4514 Travis Street, Suite 300
Dallas, Texas 75205

Jack R. Bird
Bergman, Stein & Bird
4514 Travis Street, Suite 300
Dallas, Texas 75205

Bonneville Fuels Corporation
c/o Michael S. Held
Jenkens & Gilchrist, P.C.
1445 Ross Avenue, Suite 3200
Dallas, Texas 75202

Boulder Valley School District RE-2
c/o Caplan and Earnest LLC
2595 Canyon Boulevard, Suite 400
Boulder, Colorado 80302-6737

Cherry Creek School District No. 5
c/o Richard Collier
4700 S. Yosemite
Greenwood Village, Colorado 80111

Robert D. Clark
Assistant Attorney General
Business & Licensing Section
1525 Sherman Street, 5th Floor
Denver, Colorado 80203-1760

Joseph M. Coleman
Kane, Russell, Coleman & Logan
1601 Elm Street, Suite 3700
Dallas, Texas 75201-7207

Colorado Department of Corrections
c/o Robert D. Clark, Asst. Attorney General
Business and Licensing Section
1525 Sherman Street, 5th Floor
Denver, Colorado 80203

Colorado Department of Human Resources
c/o Robert D. Clark, Asst. Attorney General
Business and Licensing Section
1525 Sherman Street, 5th Floor
Denver, Colorado 80203

Colorado Interstate Gas Company
c/o Charles Long
Stumpf, Craddock, Massey & Farrimond,
P.C.
1400 Post Oak Blvd., Suite 400
Houston, Texas 77056.

Colorado Public Service
c/o Joseph M. Coleman
Kane Russell Coleman & Logan, PC
1601 Elm Street, Suite 3700
Dallas, Texas 75201

Colorado State University
c/o Robert D. Clark, Asst. Attorney General
Business and Licensing Section
1525 Sherman Street, 5th Floor
Denver, Colorado 80203

Columbine Management Service, Wexford
947 Worthington Circle
Fort Collins, Colorado 80526

Credo Petroleum Corporation
1801 Broadway, Suite 900
Denver, Colorado 80202

Earl Crow
600 N. Pearl, Suite 860
Dallas, Texas 75201

Pam Cushing
5977 W. 68th Avenue
Arvada, Colorado 80003

Denver City and County Treasury
c/o Leola Harris, Bankruptcy Analyst
144 Wet Colax Avenue, Room 384
Denver, Colorado 80202-5391

Leanne B. DeVos
Sherman & Howard
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202

Doubletree Laposada Resort
4949 E. Lincoln Drive
Paradise Valley, Arkansas 85253

Douglas County School District RE-1
c/o Caplan and Earnest LLC
2595 Canyon Boulevard, Suite 400
Boulder, Colorado 80302-6737

Dufford & Brown, P.C.
1700 Broadway, Suite 1700
Denver, Colorado 80290

East West Resorts LLC
c/o Kimberly H. Tyson
Sherman & Howard, LLC
633 17th Street, Suite 3000
Denver, Colorado 80202

Excel Corporation
c/o Kimberly H. Tyson
633 17th Street, Suite 3000
Denver, Colorado 80202

Golden Prairie Production, LLC
c/o Patrick J. Neligan, Jr.
Neligan, Tarpley
1700 Pacific, Suite 2600
Dallas, Texas 75201

GPR Holdings, Inc.
c/o Patrick J. Neligan, Jr.
Neligan, Tarpley
1700 Pacific, Suite 2600
Dallas, Texas 75201

Great Western Tortilla Co.
1761 E. 58th Avenue
Denver, Colorado 80216

Greeley Gas Company
Jeff Perryman, Legal Assistant
Atmos Energy Corp.
Post Office Box 15488
Amarillo, Texas 79105-5488

Timothy W. Hasler
Hasler, Fonfara & Maxwell, LLP
125 S. Howes Street, 6th Floor
Fort Collins, Colorado 80521

Michael S. Held
Jenkens & Gilchrist
1445 Ross Avenue, Suite 3200
Dallas, Texas 75202-2799

Hospital Cooperative Laundry, Inc.
6225 East 38th Avenue
Denver, Colorado 80207

Imi Norgren, Inc.
5400 South Delaware Street
Littleton, Colorado 80120-1663

Independent Production Company, Inc.
410 17th Street, Suite 570
Denver, Colorado 80202

Inland Paperboard & Packaging
ATTN: Legal Department
4030 Vincennes Road
Indianapolis, Indiana 46268

Ivinson Memorial Hospital
c/o Lance Mendiola
255 North 30th Street
Laramie, Wyoming 82072-5195

Eugene J. Kottenstette
Assistant City Attorney
1437 Bannock Street, Room 353
Denver, Colorado 80202

Alan D. Laff
Laff, Stein, Campbell, Tucker & Delaney
7730 E. Belleview Avenue, Suite 204
Greenwood Village, Colorado 80111-2616

Leprino Foods Company
J. Bradley Olsen
1830 W 38th Avenue
Denver, Colorado 80211

Lewis-Palmer School District #38
c/o Joseph Subialka, Executive Director
Post Office Box 40
146 Jefferson Street
Monument, Colorado 80132-0040

Liftside Condominium Association
c/o Tim Albrecht
12234 Westhaven Drive
Vail, Colorado 81657

Longmont City
1100 South Shorman Street
Longmont, Colorado 80521

Loveland Good Samaritan Retirement Villa
c/o Administrator
1201 S. Garfield Avenue
Loveland, Colorado 80537

McKinnon & Associates, Inc.
10000 N. Central Expressway, Suite 1540
Dallas, Texas 75231-4161

Nelco Technology, Inc.
c/o Neltec, Inc.
1420 West 12th Place
Tempe, Arizona 85281

Patrick J. Neligan, Jr.
Neligan, Tarpley, Stricklin
1700 Pacific Avenue, Suite 2600
Dallas, Texas 75201

Neltec, Inc.
1444 W. 12th Place
Tempe, Arizona 85281

New Data Strategies
16415 Addison Road, Suite 500
Addison, Texas 75001

New Mexico State
Taxation and Revenue Department
Post Office Box 22690
Santa Fe, New Mexico 87502-2690

Robert Newhouse
c/o Larry A. Levick
Gerard Singer & Levick, P.C.
16200 Addison Road, Suite 140
Addison, Texas 75001

NMHHSA
Attn: Bill Matheny
2121 Osuna Road, NE
Albuquerque, New Mexico 87113

Northeastern Junior College
Robert D. Clark, Asst. Attorney General
Business and Licensing Section
1525 Sherman Street, 5th Floor
Denver, Colorado 80203

Ohio Casualty Insurance Company
c/o Curtis R. Brookbank
Fidelity & Surety Claim Department
136 North Third Street
Hamilton, Ohio 45205

Oklahoma Tax Commission
c/o Ohio Casualty Group, Fidelity
Attn: Curtis R. Brookbank
136 N. Third Street
Hamilton, Ohio 45205

Eva Grace Phillips
Route 2, Box 14
Holly, Colorado 81047

Poudre School District R-1
c/o Stuart W. Reeve
2407 Laporte Avenue
Fort Collins, Colorado 80521

Roche Colorado Corporation
c/o Kristi Blumhardt
1200   17th Street, Suite 2400
Denver, Colorado 80202

Scheef & Stone, LLP
5956 Sherry Lane, Suite 1400
Dallas, Texas 75225

Scotts Liquid Gold
4880 Havana Street
Denver, Colorado 80239

St. Vrain Valley School District RE-IJ
395 South Pratt Parkway
Longmont, Colorado 80501

Summit County School
150 Summit County Road #0130
Post Office Box 7
Frisco, Colorado 80443

Tex Tech Industries
2207 S. 48th Street, Suite E
Tempe, Arizona 85282-1007

Thompson School District R2-J
c/o Caplan and Earnest LLC
2595 Canyon Boulevard, Suite 400
Boulder, Colorado 80302-6737

Kimberley H. Tyson
Sherman & Howard
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202

Vail Cascade Resort
c/o Dan Whipple, Director of Finance
1300 Westhaven Drive
Vail, Colorado 81657

Vail Town
Sales Tax Division
75 S. Frontage Road
Vail, Colorado 81657

United States Trustee's Office
1100 Commerce Street, Suite 9C60
Dallas, Texas  75242

Weld County School District RE-4
c/o Caplan and Earnest, LLC
2595 Canyon Boulevard, Suite 400
Boulder, Colorado 80302-6737

Natural Soda Ash, LLC
c/o Ameralia, Inc.
c/o Bill H. Gunn
20971 East Smokey Hill Road
Centennial, CO 80015

Wildernest Property Management
c/o Morton L. Herman
306 W. 7th Street, Suite 200
Fort Worth, Texas 76102

Winter Park Recreation Association
c/o Gary McGraw
Post Office Box 36
Winter Park, Colorado 80482

Wyoming State
Department of Revenue
122 W.  25th Street
Cheyenne, Wyoming 82002

YMCA of the Rockies
Executive Offices
2515 Tunnel Road
Estes Park, Colorado 80511

## "EXHIBIT A"

AFFIDAVIT OF JACK LAFIELD
IN SUPPORT OF TRUSTEE'S APPLICATION
FOR AUTHORITY TO EMPLOY PROFESSIONALS

STATE OF TEXAS             §
                           §
COUNTY OF DALLAS           §

I, Jack Lafield, state under oath that the following is within my personal knowledge and true and correct:

1.    "I am over twenty-one (21) years of age.

2.    "My office is located at 2501 Cedar Springs Road, Suite 600, Dallas, Texas 75201.

3.    "This Affidavit is filed in connection with the Trustee's Application to Employ Professionals in the bankruptcy case styled *In Re: Western Natural Gas, L.L.C.,* Case No: 01-36710-SAF-7. My role is to assist in the Trustee as a consultant and/or testifying expert witness.

4.    "Based on a review of information available as of October 21, 2004, I represent no interest adverse to the estate, the Trustee or the Debtor in the matters upon which I am to be engaged. I do not represent any creditor or other party holding an interest adverse to that of the above estate.

5.    "I have advised the Trustee of my willingness to accept employment as the Trustee's evaluator, consultant and expert witness. Further, I have advised the Trustee that I will bill on an hourly basis at the standard hourly rates for services rendered and expenses and costs incurred. I expressly reserve the right to seek interim compensation during the pendency of the bankruptcy upon application and order of the Court and further expressly reserve the right to seek full and final compensation upon application and order of the Court. No retainer has been given to be with regard to services to be rendered on behalf of the Trustee in this case.

6.    "I am a disinterested person as defined by 11 U.S.C. 101(13)."

**FURTHER AFFIANT SAYETH NOT.**

*/s/ Jack Lafield*
Jack Lafield

SUBSCRIBED AND SWORN TO before me this the 21st day of October, 2004, to certify which, witness my hand and seal of office.

[Notary Seal]                      */s/ K.D. Shull*
My commission expires 7-21-2007    Notary Public in and for the State of Texas